☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| In re: | James B. Tidwell | Case No. |
| | Rebecca A. Tidwell | |
| Debtors: | | Chapter 13 |

## CHAPTER 13 PLAN

**ADDRESS:** (1) 4011 Chriswell Street    (2) 4011 Chriswell Street
Milan, TN 38358    Milan, TN 38358

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ _____ (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ **PAYROLL DEDUCTION** From: _____ **OR ( ) DIRECT PAY**

**Debtor(2)** shall pay $ 160.00    ☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From: The Jackson Clinic    **OR ( ) DIRECT PAY**
828 North Parkway
Jackson, TN 38305

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]    ☐ YES    ☑ NO
(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION    ☑ YES    ☐ NO
   OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].    ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**    Monthly Plan Payment:

None    Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
ongoing payment begins _____    $ _____
Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

IRS    Amount 281.00    $    10.00

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

None    ongoing payment begins _____    $ _____
Approximate arrearage: _____ Interest _____    $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| First Heritage Credit | 4,694.00 | 8.00 | $126.00 |
| Adequate Protection Payment= $32.00/mo | | | |
| Personal Finance | 2,017.00 | 8.00 | $55.00 |
| Adequate Protection Payment= $14.00/mo | | | |

| [Retain lien 11 U.S.C. §1325 (a)(5)] Stewart Finance Adequate Protection Payment= $10.00/mo | Value of Collateral: 1,180.26 | Rate of Interest 8.00 | Monthly Plan Payment: $35.00 |
|---|---|---|---|

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] -NONE- | Value of Collateral: | Rate of Interest | Monthly Plan Payment: $ |
|---|---|---|---|

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| Regions Bank | Amount: 1,166.00 | Rate of Interest 0.00 | Monthly Plan Payment: Paid Outside by Co-Debtor |
|---|---|---|---|

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

Fed Loan Servicing (Balance to survive discharge) $10.00/mo    ☐ Not provided for    **OR**    ☐ General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $58,276.00

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

Progressive Leasing: Furniture- Assume    ☑ Assumes  **OR**  ☐ Rejects.
Rent a Center: Mattress- Assume    ☑ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately <u>48</u> months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Robert B. Vandiver, Jr.    Date May 14, 2019    .
Robert B. Vandiver, Jr.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**